UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GIDEON ARRINGTON, II,

    Petitioner,

v.      **ORDER**
Civil File No. 19-1377 (MJD/BRT)

STATE OF MINNESOTA,

    Respondent.

Gideon Arrington, II, pro se.

Kelsey R. Kelley, Assistant Anoka County Attorney.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated March 24, 2020. No objections have been filed to the Report and Recommendation in the time period permitted.

Accordingly, based upon the Report & Recommendation, files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated March 24, 2020 [Docket No. 19].

2. The petition for a writ of habeas corpus of Petitioner Gideon Arrington, II [Docket No. 1] is **DENIED**.

3. This action is **DISMISSED WITH PREJUDICE**.

4. No certificate of appealability is issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  June 1, 2020                        s/ Michael J. Davis
                                            Michael J. Davis
                                            United States District Court